Richard BRINKMAN, Respondent,

v.

Tammy BRINKMAN, Appellant.

ED 102234

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 8, 2015

Robert W. Bilbrey, PO Box 131, Imperial, Missouri 63052, for Appellant.

Joseph R. Aubuchon, 118 West Main Street, Union, Missouri 63084, for Respondent.

cated.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Tammy Brinkman ("Mother") appeals from the trial court's Judgment and Decree of Dissolution of marriage from Richard Brinkman ("Father"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).